IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.                           CRIMINAL NO. 15-CR-30080-DRH

JARED L. SEATS,

        Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On October 1, 2015, the Court entered an order for forfeiture against defendant Jared L. Seats for the following property which had been seized from the defendant:

**One Ruger, Model 10/22 .22 caliber rifle, bearing serial number 358-91680; and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning October 9, 2015, and ending November 7, 2015, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has

clear title to the above-described property that is the subject of the order of forfeiture filed on October 1, 2015, namely:

> **One Ruger, Model 10/22 .22 caliber rifle, bearing serial number 358-91680; and any and all ammunition contained therein.**

The Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law.  The disposal may, at the discretion of the United States, include the destruction of the property.  The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**IT IS SO ORDERED.**

Signed this 4th day of February, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.02.04 10:42:51 -06'00'

_____
**DAVID R. HERNDON**
**United States District Court Judge**